UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JESSICA LYNN SMITH, a/k/a JESSICA LYNN CASTANEDA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>MICHAEL J. ASTRUE  )<br>Commissioner of Social Security  )<br>  )<br>   Defendant.  ) | Case No. 1:11-CV-296<br><br>Collier/Lee |

## **JUDGMENT ORDER**

Plaintiff Jessica Lynn Smith ("Plaintiff") brought this action on October 17, 2011, seeking judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff a period of disability, disability insurance benefits ("DIB"), and Supplemental Security Income ("SSI") under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382. The Court referred the matter to United States Magistrate Judge Susan K. Lee, pursuant to 28 U.S.C. § 636(b) and in accordance with Rule 72(b) of the Federal Rules of Civil Procedure for a report and recommendation ("R&R") regarding the disposition of Plaintiff's motion for judgment on the pleadings (Court File No. 18) and Defendant's motion for summary judgment (Court File No. 20). The magistrate judge filed an R&R (Court File No. 22) recommending the decision of the Commissioner be affirmed, Plaintiff's motion for judgment on the pleadings be denied (Court File No. 18), Defendant's motion for summary judgment be granted (Court File No. 20), and the case be dismissed. Plaintiff timely filed an objection to the R&R (Court File No. 23). For the reasons discussed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 22). The Court **DENIES** Plaintiff's motion for judgment on the

pleadings (Court File No. 18), and **GRANTS** Defendant's motion for summary judgment (Court File No. 20). The Court **AFFIRMS** the Commissioner's decision and **DISMISSES** the case.

    **SO ORDERED.**

    **ENTER:**

                                    **/s/**
                                    **CURTIS L. COLLIER**
                                    **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT